No. 51260.—Protest 865926–G of Balfour, Guthrie & Co., Ltd. (New York).

Opinion by KINCHELOE, J. From the testimony and record it was found that certain items of the merchandise consist of cocoa fiber pile mats of the same dutiable character as those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The protest was sustained as to the merchandise indicated but overruled in all other respects.